ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007
DeLaHoya/Mayweather** Program,

                Plaintiff,

      -against-

BARRY C. PARCHMENT and DEON R. THOMAS, Individually, and as officers, directors, shareholders and/or principals of 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON,

                Defendants.
-----------------------------------------------------------------

RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT

Civil Action No. 06-cv-6527

        PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

        There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: July 16, 2007

Ellenville, New York

                                          **J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
       JULIE COHEN LONSTEIN , ESQ.
       Attorney for Plaintiff
       Bar Roll No. JL8521
       LONSTEIN LAW OFFICE, P.C.
       Office and P.O. Address
       1 Terrace Hill : P.O. Box 351
       Ellenville, NY  12428
       Telephone:  (845) 647-8500
       Facsimile:   (845) 647-6277
       Email: Info@signallaw.com
*Our File No. 07-4-S10V*