## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6527                                             Purchased/Filed: July 19, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT

*J & J Sports Productions, Inc., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program*        Plaintiff

against

*Barry C. Parchment, et al*        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 3, 2007_____, at _2:00 pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case, Rule 7.1 and Complaint on

_____761 Blue Lagoon Corp._____, the Defendant in this action, by delivering to and leaving with _____Charee Hendricks_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__ Approx. Wt: __175__ Approx. Ht: __5'10"__
Color of skin: __Black__ Hair color: __Black__ Sex: __F__ Other: _____

Sworn to before me on this

_7th_ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0706518

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                              Plaintiff.

V.

BARRY C. PARCHMENT and DEON R. THOMAS,
Individually, and as officers, directors, shareholders
and/or principals of 761 BLUE LAGOON CORP. d/b/a
BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON BAR, and 761 BLUE LAGOON CORP. d/b/a
BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON,                       Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV 6527**

**Judge Hellerstein**

TO: (Name and address of defendant)

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON BAR
761 Burke Avenue                    Registered Agent:  Barry C. Parchment
Bronx, New York   10467                                435 Convent Avenue, Apt. 54
Our File No. 07-4-S10V                                 New York, New York   10031-3624

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel.  (845)647-8500

wer to the complaint which is herewith served upon you, within _____TWENTY (20)_____ days after service of this
ons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
ef demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
after service.

J. MICHAEL McMAHON                              JUL 1 9 2007

_Marcos Quintero_                               DATE

EPUTY CLERK