ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,
                    Plaintiff

-against-   **CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

BARRY C. PARCHMENT and DEON R. THOMAS, Individually, and as officers, directors, shareholders and/or principals of 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON,
-----------------------------------------------------------------

     The undersigned certifies that on the **21st** day of September, 2007 your deponent served the following documents by regular mail:

                    Conference Order

upon the following:

761 Blue Lagoon Corp.
761 Burke Ave.
Bronx, NY 10467-6611

Barry C. Parchment
435 Convent Avenue
Apt. 54
New York, NY 10031-3624

Blue Lagoon Bar
Attn. Deon R. Thomas
761 Burke Ave.
Bronx, NY 10467

                                /s/ Julie Cohen Lonstein
                                Julie Cohen Lonstein, Esq.