ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

       Plaintiff,

- against -

BARRY C. PARCHMENT and DEON R. THOMAS, Individually, and as officers, directors, shareholders and/or principals of 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON
       Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

  Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from October 19, 2007 at 9:45 a.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants BARRY C. PARCHMENT and DEON R. THOMAS.

  Defendant 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON was served on August 3, 2007 via the Secretary of State and said Defendant has not answered nor have they requested an extension of time to answer. It is Plaintiff's intention to request Clerk's Entry of Default and upon receipt of same, file a Motion for Default Judgment.

  Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

   /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:  (845) 647-6277

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was served on today's date,  via regular mail upon the following:

761 Blue Lagoon Corp.
761 Burke Ave.
Bronx, NY 10467-6611

Barry C. Parchment
435 Convent Avenue
Apt. 54
New York, NY 10031-3624

Blue Lagoon Bar
Attn. Deon R. Thomas
761 Burke Ave.
Bronx, NY 10467

   /s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.

Case 1:07-cv-06527-AKH    Document 5    Filed 09/28/2007    Page 3 of 3