ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------



**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                            Plaintiff,        **ORDER FOR CONTINUANCE**

    - against -                      Civil Action No. 07-CV-6527-AKH-FM
                                        HON. ALVIN K. HELLERSTEIN

BARRY C. PARCHMENT and DEON R.
THOMAS, Individually, and as officers, directors,
shareholders and/or principals of 761 BLUE
LAGOON CORP. d/b/a BLUE LAGOON a/k/a
BLUE 761 LAGOON a/k/a BLUE LAGOON BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON
a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON

                            Defendants.
----------------------------------------------------------------

      Considering the motion of the plaintiff for continuance of the Conference for thirty(30)

days allowing time to complete service of process on all of the defendants herein, it is:

      ORDERED, that the October 19, 2007 Conference be continued *To Nov. 30, 2007,*
*9:30 a.m.*
*Pl. I give notice to*
*all parties with*
*service.*

      Dated this **3** day of **Oct**, 2007

                         *AKH*

                             HON. ALVIN K. HELLERSTEIN
                               United States District Judge