ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

  -against-

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON

                        Defendants.
---------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

STATE OF NEW YORK :
                      : SS.:
COUNTY OF ULSTER   :

    JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

    1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq.*  A copy of the Summons and Complaint was served on Defendant, 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON **,** as set forth in the proof of service by Jessica Miller, ECF Document No. 3.

    1.    The time within which any of the Defendants may answer or otherwise move with respect to the Complaint herein has expired.  Defendants 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON**,** have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has

not been extended.

    4.    Said Defendant(s) are not infants or incompetents.  Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: November 5, 2007
       Ellenville, NY 12428                        /S/ Julie Cohen Lonstein
                                                              Julie Cohen Lonstein

Sworn to before me this 5th                     Bar Roll No. JL8512
day of November, 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*