ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                         Plaintiff,

      -against-           **CERTIFICATE OF SERVICE**
                         Civil Action No. 07-CV-6527-AKH-FM
                         HON. ALVIN K. HELLERSTEIN

761 BLUE LAGOON CORP. d/b/a BLUE
LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON
                       Defendants
-------------------------------------------------------------

      The undersigned certifies that on the 5th day of November, 2007 your deponent served the following documents by regular mail:

    1) Request for Default
    2) Affidavit in Support of Request for Default
    3) Clerk's Certificate

on the following:

761 Blue Lagoon Corp.
761 Burke Ave.
Bronx, NY 10467-6611

                                     /s/ Julie Cohen Lonstein
                                     Julie Cohen Lonstein