ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program

                         Plaintiff,

    -against-

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON

                         Defendants.
----------------------------------------------------------------

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

      **PLEASE TAKE NOTICE** that upon the affirmation of Julie Cohen Lonstein, sworn to on the 15th    day of November  2007, in support of said application and the exhibits attached thereto, Plaintiff moves this Court for an order granting the entry of default judgment against the Defendants jointly and severally as follows:

**Against, 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON,**

    1)    under 605(e)(3)(C)(i)(II) a  sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

    2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

    3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS AND FIFTY CENTS ($1311.50)

Dated: November 15, 2007
        Ellenville, NY  12428        LONSTEIN LAW OFFICE, P.C.

        By:  /s/ Julie Cohen Lonstein
            Julie Cohen Lonstein
            Bar Roll No.  JL8521
            Attorney for Plaintiff
            1 Terrace Hill; PO Box 351
            Ellenville, NY 12428
            Telephone:  845-647-8500
            Facsimile:   845-647-6277