ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
         Plaintiff,

                **ATTORNEY'S AFFIDAVIT OF COSTS**
                **AND FEES**
 -against-           Civil Action No. 07-CV-6527-AKH-FM
                HON. ALVIN K. HELLERSTEIN

761 BLUE LAGOON CORP. d/b/a BLUE
LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON
         Defendants.
-----------------------------------------------------------
STATE OF NEW YORK :
       : SS.:
COUNTY OF ULSTER  :

  JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

  1. That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

  2. I make this affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

  3. Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are as outlined below:

    a. Filing Fees -   $350.00

    b. Service of Process - $100.00
      Attached hereto as Exhibit "A," please find invoice from Signal Auditing,
      Inc., reflecting the cost of service upon the Defendants.

    c. Attorneys Fees - $861.50
      See below

Total Litigation Expenses ..........................($)1,311.50

4. Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | (in hours) | Fee | |
|---|---|---|---|---|
| 06/07/2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/07/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 06/12/2007 | TC from Defendant | .12 | $25.00 | Atty |
| 06/12/207 | Demand Letter Issued | .25 | $18.75 | Para |
| 07/16/2007 | Complaint drafted, Corporate disclosure | .50 | $300.00 | Atty |
| 07/17/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 07/30/2007 | Arranged Service | .25 | $18.75 | Para |
| 08/13/2007 | Review Service | .13 | $25.00 | Atty |
| 08/13/2007 | Filed and mailed Proofs of Service | .25 | $18.75 | Para |
| 08/24/2007 | Review Order | .12 | $25.00 | Atty |
| 09/21/2007 | Ltr to Defendants | .25 | $18.75 | Para |
| 09/27/2007 | Motion to Continue | .25 | $50.00 | Atty |
| 09/28/2007 | Filed and mailed Motion | .25 | $18.75 | Para |
| 10/03/2007 | Review Order | .13 | $25.00 | Atty |
| 10/11/2007 | Sent Order to Deft CMRRR | .25 | $18.75 | Para |
| 10/26/2007 | Drafting Request for Default | .50 | $100.00 | Atty |
| 11/05/2007 | Filed and mailed Request For Default | .50 | $37.50 | Para |
| 11/08/2007 | Review Clerk's Certificate | .13 | $25.00 | Atty |
| 11/08/2007 | Drafted Motion for Default | 1.0 | $200.00 | Atty |

**Hours**    **Fee**
3.37 Atty    $674.00
2.50 Para    $187.50

----

|  | Total | $861.50 |

5.  We respectfully request that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON,**

1)  under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of up to TEN THOUSAND DOLLARS ($10,000.00)

2)  and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of up to ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)  and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS AND FIFTY CENTS ($1311.50)

Dated: November 15, 2007
Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 15th
day of November 2007

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

Mountain Support Services
1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

# Invoice

| Date | Invoice # |
|---|---|
| 8/13/2007 | 1068 |

| Bill To |
|---|
| Lonstein Law Office, PC<br>Wayne D Lonstein<br>1 Terrace Hill<br>P.O. Box 351<br>Ellenville, NY 12428 |

| Description | Amount |
|---|---|
| CORPORATE SERVICE<br>J&J v. 761 BLUE LAGOON CORP<br>YOUR FILE #07-4-S10V<br>CV#07-6527 | 100.00 |
| **Total** | **$100.00** |