ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

                  Plaintiff,

     -against-

761 BLUE LAGOON CORP. d/b/a BLUE
LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON

                  Defendants.

------------------------------------------------------------

**RULE 54(b) STATEMENT**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

        Plaintiff, J & J Sports Productions, Inc., as and for its Statement pursuant to Rule 54(b) of

the Federal Rules of Civil Procedure hereby states as follows:

        There is no just reason for delay in this Default Judgment as the interest of justice require

the issuance of judgment as requested without further delay, as the defaulting Defendants are the

only remaining Defendants in this case.

Dated: November 15, 2007
      Ellenville, NY  12428

                        LONSTEIN LAW OFFICE, P.C.

                        By:   /s/Julie Cohen Lonstein
                            Julie Cohen Lonstein
                            Bar Roll No.  JL8521
                            Attorney for Plaintiff
                            1 Terrace Hill; PO Box 351
                            Ellenville, NY 12428
                            Telephone:  845-647-8500
                            Facsimile:   845-647-6277