ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                     Plaintiff,

   -against-

761 BLUE LAGOON CORP. d/b/a BLUE
LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON
                Defendants
-------------------------------------------------------------

**STATEMENT FOR JUDGMENT**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

**Principal Amount**......................................................................................$   110,000.00

**Costs:**

     Filing Fees (per Defendant).........................................................$        350.00

     Process Server (per Defendant)...................................................$        100.00

     Attorney's Fee (per Defendant)....................................................$        861.50

**TOTAL (Per Defendant)**.........................................................................$   111,311.50

    ***BETWEEN $10, 000 - $110, 000 IN THE DISCRETION OF THE COURT***

                                  LONSTEIN LAW OFFICE, P.C.

                                  By: /s/ Julie Cohen Lonstein
                                       Julie Cohen Lonstein
                                       Bar Roll No. JL8521
                                       Attorney for Plaintiff
                                       1 Terrace Hill; PO Box 351
                                       Ellenville, NY 12428
                                       Telephone:  845-647-8500
                                       Facsimile:   845-647-6277