ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program

        Plaintiff,

        -against-

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON

        Defendants
---------------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

    The undersigned certifies that on the 15th day of November 2007 your deponent served the following documents by Certified Mail Return Receipt Requested:

    Order to Show Cause
    Default Judgment
    Attorney Affidavit of Cost and Fees
    Plaintiff's Affidavit
    Memorandum of Law
    Statement for Judgment
    Rule 54b Statement
    Clerk Certificate of Default
    Certificate of Service

on the following:

761 Blue Lagoon Corp.
761 Burke Ave.
Bronx, NY 10467-6611

                              /s/ Julie Cohen Lonstein
                              Julie Cohen Lonstein