ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007
DeLaHoya/Mayweather** Program,

                Plaintiff,      **MOTION FOR CONTINUANCE**
  - against -                      Civil Action No. 07-CV-6527-AKH-FM
                                       HON. ALVIN K. HELLERSTEIN

BARRY C. PARCHMENT and DEON R.
THOMAS, Individually, and as officers, directors,
shareholders and/or principals of 761 BLUE
LAGOON CORP. d/b/a BLUE LAGOON a/k/a
BLUE 761 LAGOON a/k/a BLUE LAGOON BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON
a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON
                Defendants.
-----------------------------------------------------------------

    Come now plaintiff, **J&J SPORTS PRODUCTIONS, INC.**, and moves this Court for an Order of Continuance to adjourn the Conference scheduled for November 30, 2007 at 9:30 a.m., as the plaintiff has filed a Motion for Default Judgment as against the defaulting defendants by ECF, and their likelihood of appearing for the scheduled conference is slight.

    Attached hereto is a proposed order for the Court setting forth the proposed relief requested herein.

                                         **J&J SPORTS PRODUCTIONS, INC.**

                                         By: /s/ Julie Cohen Lonstein
                                              JULIE COHEN LONSTEIN, Esq.
                                              LONSTEIN LAW OFFICE, P.C.
                                              1 Terrace Hill, P.O. Box 351
                                              Ellenville, NY 12428
                                              (845) 647-8500
                                              ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all parties or attorneys at the address set forth below on the 15th day of November, 2007:

761 Blue Lagoon Corp.
761 Burke Ave.
Bronx, NY 10467-6611

By:[x] U.S. Mail, postage prepaid

                                            /s/ Julie Cohen Lonstein
                                              JULIE COHEN LONSTEIN