ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

- against -

BARRY C. PARCHMENT and DEON R. THOMAS, Individually, and as officers, directors, shareholders and/or principals of 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON

                        Defendants.
-----------------------------------------------------------------

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

      Considering the motion of the plaintiff for continuance of the Conference scheduled for November 30, 2007 at 9:30 a.m., that a motion for default has been submitted to the Court via ECF.

      ORDERED, that the Conference scheduled for November 30, 2007 at 9:30 a.m. be continued.

      Dated this ____ day of November, 2007

                                                _____
                                                HON. ALVIN K. HELLERSTEIN
                                                Judge, United States District Court