*Hellerstein, J*

ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program
                    Plaintiff,

-against-

761 BLUE LAGOON CORP. d/b/a BLUE
LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON
                    Defendants.

-------------------------------------------------------

Order

**DEFAULT** ~~JUDGMENT~~
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

    The Summons and Complaint in this action having been duly served upon the Defendants, 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON, on August 3, 2007 and said Defendants having failed to plead or otherwise appear in this action,

    **NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

    **ORDERED AND ADJUDGED** that J & J Sports Productions, Inc.., the Plaintiff, does recover jointly and severally of 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON, *such amounts as plaintiff proves under the following provisions:* (AKH)

1)    under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2)    and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3)    and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees

of ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS AND FIFTY CENTS ($1311.50) ~~ORDERED AND ADJUDGED that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.~~ *that plaintiff shall prove, w/in 20 days, its entitlement pursuant to the preceding Statute.*

Dated: 11/19, 2007

*[signature]*
HONORABLE ALVIN K. HELLERSTEIN
United States District Judge