

ECF CASE
JUDGE HELLERSTEIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------



**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                       Plaintiff,

      - against -

BARRY C. PARCHMENT and DEON R.
THOMAS, Individually, and as officers, directors,
shareholders and/or principals of 761 BLUE
LAGOON CORP. d/b/a BLUE LAGOON a/k/a
BLUE 761 LAGOON a/k/a BLUE LAGOON
BAR,

and

761 BLUE LAGOON CORP. d/b/a BLUE
LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE
LAGOON

                    Defendants.
------------------------------------------------------------

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-6527-AKH-FM
HON. ALVIN K. HELLERSTEIN

Considering the motion of the plaintiff for continuance of the Conference scheduled for

November 30, 2007 at 9:30 a.m., that a motion for default has been submitted to the Court via ECF.

ORDERED, that the Conference scheduled for November 30, 2007 at 9:30 a.m. be

~~continued.~~ *Canceled*

Dated this ___/ day of November, 2007

HON. ALVIN K. HELLERSTEIN
Judge, United States District Court

MICROFILMED    NOV 2 1 2007 –12 ፡ PM