UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :

J & J SPORTS PRODUCTIONS, INC.,     :    **ORDER**
As Broadcast Licensee of the May 5,       :
2007 DE LA HOYA/MAYWEATHER      :
Program,                                   :
                                                  :    07 Civ. 6527 (AKH)
                     Plaintiff,                :

          -against-                       :

BLUE LAGOON CORP. d/b/a               :
BLUE LAGOON a/k/a BLUE 761        :
LAGOON a/k/a BLUE LAGOON,       :
and BARRY C. PARCHMENT, et al.,    :
                                                 :
                    Defendants.  :
-------------------------------------------------------x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff J&J Sports Productions, Inc. ("J&J") broadcasts sports events via closed circuit encrypted telecasts, to restaurants and bars and others who pay the required fees for decrypting and displaying the telecasts in their premises. Plaintiff filed a motion for default judgment on November 15, 2007, against defendant Barry C. Parchment, who owns and operates Blue Lagoon Bar, located at 761 Burke Ave. in the Bronx, for pirating the May 5, 2007 De La Hoya/Mayweather boxing event. Plaintiff is hereby ordered to disclose the exact license fee other commercial establishments were charged to broadcast the fight, an estimate of revenues and profits reaped by defendants as a result of the illegal broadcast, and any other relevant costs incurred by plaintiff as a result of defendants's piracy (aside from attorney's fees and costs).

1

2

Plaintiff shall submit this information by January 9, 2008.

SO ORDERED.

Dated:     New York, New York
           January  2 , 2008

                                              _____
                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

2