UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

        Plaintiff,

              **ORDER GRANTING**
              **DEFAULT JUDGMENT**
 -against-        07 Civ. 6527(AKH)

761 BLUE LAGOON CORP. d/b/a BLUE LAGOON
a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON
        Defendants.
-----------------------------------------------------------

  ALVIN K. HELLERSTEIN, U.S.D.J.:

  The Summons and Complaint in this action having been duly served upon the Defendants, 761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON, on August 3, 2007 and said Defendants having failed to plead or otherwise appear in this action,

  **NOW**, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

  **ORDERED** that J & J Sports Productions, Inc.., the Plaintiff, pursuant to 47 U.S.C. § 605(a), does recover jointly and severally of, **761 BLUE LAGOON CORP. d/b/a BLUE LAGOON a/k/a BLUE 761 LAGOON a/k/a BLUE LAGOON,**

1) under 605(e)(3)(C)(i)(II) a sum of SIX THOUSAND FIVE HUNDRED DOLLARS ($6,500.00)

2) and under 605(e)(3)(C)(ii) a sum of TWENTY THOUSAND DOLLARS ($20,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of ONE THOUSAND THREE HUNDRED ELEVEN DOLLARS AND FIFTY CENTS ($1311.50).

SO ORDERED.

Dated: January 17, 2008

              /s/ Alvin K. Hellerstein
              HON. ALVIN K. HELLERSTEIN
              United States District Judge